

# U.S. Department of Justice

## Duston J. Slinkard
United States Attorney
District of Kansas

| | |
|---|---|
| Wichita Office | Topeka Office |
| 1200 Epic Center | 444 SE Quincy |
| 301 N. Main | Suite 290 |
| Wichita, Kansas 67202-4812 | Topeka, Kansas 66683-3592 |
| | |
| TEL (316) 269-6481 | Kansas City Office |
| FAX (316) 269-6484 | 500 State Avenue |
| | Suite 360 |
| | Kansas City, Kansas 66101-2433 |

January 19, 2023

Capt Rena D. Winick
Chief of Legal Assistance
United States Air Force
53285 Pratt Court
McConnell AFB, KS  67221

Dear Capt Winick:

     Pursuant to 28 U.S.C. § 543 and a request from your office, effective January 19, 2023, you are hereby appointed as a Special Assistant United States Attorney for the District of Kansas, subject to the following conditions:

1. You are appointed to assist the office with disposing of cases where crimes are committed by civilians within McConnell Air Force Base.

2. The appointment expires on January 18, 2033, unless extended.

3. You will report to and act under the direction of Carrie Capwell, Criminal Chief, with regard to any matters handled.

4. You understand and agree to serve without compensation other than that which you are now receiving under your existing appointment.

5. This appointment may be terminated at any time without cause or notice.

6. During the term of this appointment, the appointee will be subject to the same laws, regulations, and policies as are applicable to all Federal employees. These include the Standards of Ethical Conduct for Employees of the Executive Branch, 5 C.F.R. Part 2635 et seq.; federal conflict of interest laws, 18 U.S.C. §§ 207, 208, and 209; laws restricting the disclosure of certain confidential governmental information, 18 U.S.C. § 1905, and the Freedom of Information and Privacy Acts, 5 U.S.C. §§ 552 and 552a; and political activity restrictions, 5 U.S.C. § 7321 et seq.

Page 2

7. If you require access to restricted information involving a matter other than that to which appointed, you shall request authorization from the United States Attorney. Furthermore, you understand that the limitations of access to the United States Attorney's Office is determined by the United States Attorney in that office.

8. You will comply with all conditions outlined in the attached Memorandum of Understanding.

   Please ensure that you retain a copy of the executed Memorandum of Understanding between your organization and our office. Please sign the acknowledgement below and return this letter so we may file a copy of this letter with the Clerk of the District Court to evidence this appointment.

Sincerely,

Digitally signed by DUSTON SLINKARD
Date: 2023.01.20 13:32:23 -06'00'

Duston J. Slinkard
United States Attorney

Enclosures

The foregoing terms and conditions are hereby agreed to and accepted:

WINICK.RENA.D.1556543417
Digitally signed by WINICK.RENA.D.1556543417
Date: 2023.01.20 14:14:12 -06'00'

Rena D. Winick