

**U.S. Department of Justice**

Executive Office for United States Attorneys
Human Resources

*Suite 7.800, 3CON Building*       *(202) 252-5300*
*175 N Street, NE*       *FAX (202) 252-5301*
*Washington, DC  20530*

January 26, 2023

Mr. Edmond Brancart
Special Assistant United States Attorney
District of Kansas
290 Federal Bldg. 444 SE Quincy Street
Topeka, KS   66683

Dear Mr. Brancart:

    Your appointment as a Special Assistant United States Attorney for the District of Kansas is hereby terminated effective January 19, 2023 in accordance with 28 U.S.C. § 543, and the terms of your initial appointment letter dated April 20, 2017, which stated your appointment may be terminated at any time without cause or notice.  No additional action is necessary.

Thank you for your services to the Department of Justice.

Sincerely,

*[Signature]* Digitally signed by JEWEL CAMPOS
Date: 2023.01.29 15:52:33 -05'00'

Jewel Campos
Assistant Director
Human Resources Staff
Operations Division